IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN THE MATTER OF:

GEORGE B. QUATMAN, III      Case No.: 1:06-MC-023
Ohio Atty. Reg. No. 0008117     Chief Judge Susan J. Dlott
RESPONDENT

## ORDER

**IT IS ORDERED** by this Court, *sua sponte*, that Respondent show cause on or before 20 days from the date of this order, why he should not be found in contempt of this Court for failure to fully comply with this Court's order of November 30, 2011: to wit, failure to surrender Certificate of Admission and file an affidavit of compliance on or before January 4, 2012.

**IT IS SO ORDERED.**

_____
Susan J. Dlott, Chief Judge
United States District Court
Southern District of Ohio