IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN THE MATTER OF:

GEORGE B. QUATMAN, III      Case No.: 1:06-MC-023
Ohio Atty. Reg. No. 0008117     Chief Judge Susan J. Dlott
RESPONDENT

### ORDER

It appearing to the Court that on November 30, 2011 an Order was entered in this proceeding accepting Respondent's resignation with disciplinary action pending, and directing him to surrender his certificate of admission and file an affidavit showing compliance, and a Response having been filed with the Clerk of this Court;

**IT IS ORDERED** that Respondent is found in compliance and this matter is **CLOSED**.

**IT IS SO ORDERED.**

Susan J. Dlott, Chief Judge
United States District Court
Southern District of Ohio